**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| **DARIAN TOWNES,** | : | |
| | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CASE NO:** |
| **Warden, HEATHER DAVIS,** *et al.*, | : | **7:24-cv-36-WLS-TQL** |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

**<u>ORDER</u>**

Before the Court are two letters dated June 14, 2024, from *pro se* Defendant which were filed July 2, 2024 (Docs. 14, 15). The first is addressed to Judge Sands (Doc. 14), and the second is addressed to Judge Catherine M. Salinas, United States Magistrate Judge for the Northern District of Georgia. This case was transferred by Judge Salinas from the Northern District of Georgia to this court, and thereafter was referred to United States Magistrate Judge Thomas Q. Langstaff.

Plaintiffs states in his letter to Judge Sands that he is "writing off of the record[,]" in hopes of furthering his original complaint with the court to address problems he alleges exist at the Valdosta State Prison. The Court notifies Plaintiff that all matters that come before it are addressed ON the record, and it is improper for him to contact the Court ex parte.

In his letter addressed to Judge Salinas, Plaintiff appears to request reconsideration of an order entered June 4, 2024 (Doc. 8) by Judge Langstaff requiring Plaintiff to recast his complaint. Plaintiff filed a recast complaint (Doc. 9) on June 24, 2024. Thus, to the extent Plaintiff seeks reconsideration of Judge Langstaff's order (Doc. 8) for Plaintiff to recast his complaint, such request is **DENIED** as **MOOT**.

**SO ORDERED**, this 22nd day of July 2024.

<u>/s/ W. Louis Sands</u>
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**